UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ERNEST JOHNSON, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *vs.* | ) | 3:17-cv-00124-JMS-TAB |
| | ) | |
| THE CITY OF EVANSVILLE, | ) | |
| *Defendant.* | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by way of his Complaint. His state law breach of contract claim is **DISMISSED WITHOUT PREJUDICE**.

Date: 5/7/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1